# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GREEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No.: 25-cv-362-RSH-SBC<br><br>**ORDER AWARDING EAJA FEES**<br><br>[ECF No. 10] |

Having reviewed the Parties' joint motion for attorney's fees ("Joint Motion") [ECF No. 10] and attached Itemization of Hours [ECF No. 10-1], **IT IS HEREBY ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **ONE THOUSAND SIX HUNDRED AND SIXTY-FIVE DOLLARS AND FORTY-EIGHT CENTS** ($1,665.48), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Joint Motion.

**IT IS SO ORDERED.**

Dated: May 22, 2025

_____
Hon. Robert S. Huie
United States District Judge

1

25-cv-362-RSH-SBC